```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08444
   CARLOS R MONTEJO
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-5989


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/08/07 .

   2.  The case was dismissed without confirmation, 08/24/2007.

----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG         .00          .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE   NOT FILED          .00            .00
EMC MORTGAGE               SECURED               .00          .00            .00
EMC MORTGAGE               MORTGAGE ARRE   NOT FILED          .00            .00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED          .00            .00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED          .00            .00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED          .00            .00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED          .00            .00
HSBC CREDIT SERVICES       UNSECURED       NOT FILED          .00            .00
HSBC CREDIT SERVICES       UNSECURED       NOT FILED          .00            .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED          .00            .00
AMERICAN GENERAL FINANCE   SECURED               .00          .00            .00
         Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00          .00         .00          .00
PRINCIPAL PAID          .00        .00          .00         .00          .00
INTEREST PAID           .00        .00          .00         .00          .00
TOTAL PAID              .00        .00          .00         .00          .00
The Debtor's attorney, TIMOTHY K LIOU             , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/16/07                   /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 08444  CARLOS R MONTEJO